**No. 10-9787. Palani Karupaiyan, et al., Petitioners v. Gary Brown, et al.**

564 U.S. 1060, 132 S. Ct. 60, 180 L. Ed. 2d 929, 2011 U.S. LEXIS 5116.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1036, 131 S. Ct. 2963, 180 L. Ed. 2d 251, 2011 U.S. LEXIS 4371.

**No. 10-9813. Robert Brian Crim, Petitioner v. Bayshore of Naples, Inc.**

564 U.S. 1060, 132 S. Ct. 61, 180 L. Ed. 2d 929, 2011 U.S. LEXIS 5120.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1036, 131 S. Ct. 2965, 180 L. Ed. 2d 252, 2011 U.S. LEXIS 4347.

**No. 10-9816. Leslie J. Hamilton, Jr., Petitioner v. United States.**

564 U.S. 1060, 132 S. Ct. 61, 180 L. Ed. 2d 929, 2011 U.S. LEXIS 5132.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 981, 131 S. Ct. 2890, 179 L. Ed. 2d 1200, 2011 U.S. LEXIS 3473.

**No. 10-9829. Myrtle Heade, Petitioner v. Washington Metropolitan Area Transit Authority.**

564 U.S. 1060, 132 S. Ct. 61, 180 L. Ed. 2d 929, 2011 U.S. LEXIS 5133.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1037, 131 S. Ct. 2983, 180 L. Ed. 2d 253, 2011 U.S. LEXIS 4258.

**No. 10-9884. James Talley, Petitioner v. City of Atlantic City, New Jersey, et al.**

564 U.S. 1060, 132 S. Ct. 61, 180 L. Ed. 2d 929, 2011 U.S. LEXIS 5128.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1037, 131 S. Ct. 2968, 180 L. Ed. 2d 254, 2011 U.S. LEXIS 4297.

**No. 10-9893. Simeon Bozic, Petitioner v. Pennsylvania.**

564 U.S. 1060, 132 S. Ct. 61, 180 L. Ed. 2d 929, 2011 U.S. LEXIS 5101.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1025, 131 S. Ct. 2939, 180 L. Ed. 2d 232, 2011 U.S. LEXIS 4155.

**No. 10-10005. John H. Davis, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

564 U.S. 1060, 132 S. Ct. 61, 180 L. Ed. 2d 929, 2011 U.S. LEXIS 5084.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1038, 131 S. Ct. 2970, 180 L. Ed. 2d 255, 2011 U.S. LEXIS 4190.